USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff,

v.

INTERNATIONAL SALT COMPANY,
INCORPORATED, *et al.*
    Defendants.

Case No. 1:20-mc-785
(Originally Civil Action No. 32-310)

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

Dated: December 22, 2020

                                                  _____
                                                  GREGORY H. WOODS
                                              United States District Judge